Order filed: September *18*, 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-00540-CV

### IN THE INTEREST OF A. A., A CHILD

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-18734**

## ORDER

In an order issued on April 10, 2012, we ordered Glenda Johnson, Official Court Reporter for the 256th Judicial District Court of Dallas County, Texas, to file a supplemental reporter's record containing: (1) Petitioner's Exhibit One admitted into evidence at page six of the reporter's record; and (2) Petitioner's Exhibit Two admitted into evidence at page nine of the reporter's record. As of today's date, the requested supplemental reporter's record has not been filed. Accordingly, we again **ORDER** Ms. Johnson to file a supplemental reporter's record, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, containing the two above-listed exhibits. We **DIRECT** the clerk of this Court to send a copy of this order by electronic transmission to Glenda Johnson.

CAROLYN WRIGHT
CHIEF JUSTICE